1 LAWRENCE G. BROWN
Acting United States Attorney
2 LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
3 Social Security Administration
ELIZABETH FIRER
4 Special Assistant United States Attorney

5    333 Market Street, Suite 1500
   San Francisco, California 94105
6    Telephone: (415) 977-8943
   Facsimile: (415) 744-0134
7    E-Mail: Elizabeth.Firer@ssa.gov

8 Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| DAVID W. FERNANDES, | 1:08cv01775 BAK DLB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND TIME |
| MICHAEL J. ASTRUE, Acting Commissioner of Social Security, | |
| Defendant. | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 14 days to file his Reply to Plaintiff's Opposition to his Motion to Dismiss up to and including May 14, 2009. This request is due to an unusually heavy work load occasioned, in part, by staffing shortages in the Commissioner's regional office, and work-related travel that involved short notice.

///

///

///

///

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: April 30, 2009,

*/s/ Lawrence D. Rohlfing*
_____
Lawrence D. Rohlfing
(as authorized via telephone)
Attorney at Law

Attorney for Plaintiff

Dated: April 30, 2009,

LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By:    */s/ Elizabeth Firer*
_____
Elizabeth Firer
Special Assistant U.S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

**Dated:   May 1, 2009**             **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE